UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARCI STARK,    Plaintiff, | ) ) ) No. 1:11-cv-909 |
| -v- | ) ) ) HONORABLE PAUL L. MALONEY |
| HOT SHOTS NUCLEAR MEDICINE, et al.,    Defendants. | ) ) ) |

## JUDGMENT

Having dismissed Plaintiff's FMLA claim and having remanded Plaintiff's pendant state-law claim to the Circuit Court for Ingham County, Michigan, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** enters in favor of Defendants and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   October 14, 2011                              /s/ Paul L. Maloney
                                                      Paul L. Maloney
                                                      Chief United States District Judge