UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARCI STARK,<br>   Plaintiff,<br><br>-v-<br><br>HOT SHOTS NUCLEAR MEDICINE, et al.,<br>   Defendants. | )<br>)<br>) No. 1:11-cv-909<br>)<br>) HONORABLE PAUL L. MALONEY<br>)<br>)<br>) |

## **JUDGMENT**

  Having dismissed Plaintiff's FMLA claim and having remanded Plaintiff's pendant state-law claim to the Circuit Court for Ingham County, Michigan, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** enters in favor of Defendants and against Plaintiff.

  **THIS ACTION IS TERMINATED.**

  **IT IS SO ORDERED.**


Date: October 14, 2011            /s/ Paul L. Maloney
                            Paul L. Maloney
                            Chief United States District Judge